# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| JAIME RODRIGUEZ-PAZ, | § | |
| | § | |
| Petitioner, | § | **CIVIL ACTION NO.** 4:16CV804 |
| | § | JUDGE MAZZANT/JUDGE JOHNSON |
| v. | § | |
| | § | |
| USA, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 29, 2016, the Report of the Magistrate Judge (Dkt. #3) was entered containing proposed findings of fact and recommendations that *pro se* Petitioner Jaime Rodriguez-Paz's Motion for Return of Property (Dkt. #1) be denied. The Court entered Petitioner's Acknowledgment of Receipt (Dkt. #4) on January 11, 2017.

Having received the Report of the United States Magistrate Judge, and fourteen (14) days having passed with no objections filed by either party, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's recommendations as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Petitioner's motion (Dkt. #1) is **DENIED.**

**It is SO ORDERED.**
**SIGNED this 30th day of January, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE